**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert STEVENSON, Defendant–**
**Appellant.**

No. 06–60243
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 8, 2007.

Curtis Ivy, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Mississippi, Oxford, MS, for Plaintiff–Appellee.

Stephen Nick, Greenville, MS, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Robert Stevenson appeals from his conviction for possession of over five grams of cocaine base with intent to distribute. He contends that the drugs found in a can in his vehicle should have been suppressed because the search was conducted without a warrant and in the absence of probable cause.

Because Stevenson doesn't challenge the legitimacy of the arrest and concedes that the crack was found in a container in the center console of his car, the district court correctly held that the officers discovered the drugs as a result of search incident to a valid arrest. *See New York v. Belton,* 453 U.S. 454, 460–61, 101 S.Ct. 2860, 69 L.Ed.2d 768 (1981). Consequently, the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.